# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ELISE ANNETTE DAVIS**                                                                **PLAINTIFF**

**V.**                                               **4:21CV00710 JM**

**ARKANSAS DEPARTMENT OF FAMILY**
**AND CHILDREN SERVICES, ET AL.**                                                **DEFENDANTS**

## ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis*. The Eighth Circuit has instructed that the decision of whether a complaint is frivolous or malicious precedes the decision of whether to grant *in forma pauperis* status and whether to order service of process. *See Carney v. Houston* 33 F.3d 893, 895 (8th Cir. 1994) (quoting *Gentile v. Missouri Dept. Of Corrections*, 986 F.2d 214 (8th Cir. 1993)). "If the complaint is frivolous or malicious, the district court should dismiss it out of hand." *Id*. A complaint is frivolous where it lacks an arguable basis either in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325-27 (1989).

In her complaint, Plaintiff makes claims against the Arkansas Department of Family and Children Services; Angela Newcomb, Assistant Director of Prevention and Reunification; Shephenie Beasley, Acting Arca Director; La'Soya Moorehead, DCFS Case Manager; and Carla Montgomery, original DCFS Case Worker. Plaintiff states that the Court has federal question jurisdiction and diversity jurisdiction over her case. However, Plaintiff states that she and all of the defendants are residents of Arkansas, so it does not appear that the requirements of diversity jurisdiction are met in this case. *See* 28 U.S.C. § 1332.

Further, the Court is unable to decipher when, where, why, and what occurred from

Plaintiff's allegations. Plaintiff's complaint is too vague and conclusory to enable the Court to determine whether her complaint is frivolous, fails to state a claim, or states a legitimate cause of action. The Court directs Plaintiff to file an Amended Complaint which identifies the parties, the actions each defendant took, gives coherent facts regarding her claims and specifically states which federal statute or provision of the United States Constitution is at issue for each of her claims.

Plaintiff is further directed to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.

The Court notes that Local Rule 5.5(c)(2) instructs pro se parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. Pro se parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a pro se party is not responded to within thirty (30) days, the case may be dismissed without prejudice.

In conclusion, Plaintiff must file an Amended Complaint on or before October 28, 2021. Failure to do so may result in dismissal of the case.

IT SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE