IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELISE ANNETTE DAVIS**                                                                 **PLAINTIFF**

v.                              Case No. 4:21-cv-00710 JM

**ANGELA NEWCOMB, Assistant Director,
Prevention and Recertification; SHEPHANIE
BEASLEY, Acting Area Director; LASONYA
MOOREHEAD, DCFS Case Manager; CARLA
MONTGOMERY, Case Worker; ARKANSAS
DEPARTMENT OF FAMILY AND CHILDREN
SERVICES**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE